# United States District Court
# Eastern District of California

SIRAJ MOSSA

Plaintiff(s)

V.

MARCO RUBIO, et al.

Defendant(s)

Case Number: 2:26cv2648 CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Gehad Abdelrehim hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Siraj Mossa

On 11/13/2025 (date), I was admitted to practice and presently in good standing in the Appellate Division of the Supreme Court of the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/30/2026 Signature of Applicant: /s/ *Gehad Abdelrehim*

**Pro Hac Vice Attorney**

Applicant's Name: Gehad Abdelrehim

Law Firm Name: Davis Ndanusa Ikhals & Saleem LLP

Address: 26 Court Street

Suite 603

City: Brooklyn State: New York Zip: 11243

Phone Number w/Area Code: (718) 783-6819

City and State of Residence: Brooklyn, New York

Primary E-mail Address: gabdelrehim@dnislaw.com

Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jennifer Rozdzielski

Law Firm Name: JR IMMIGRATION LAW

Address: 21250 Hawthorne Blvd.

Suite 500

City: Torrance State: CA Zip: 90503

Phone Number w/Area Code: (310)792-7063 Bar # 273260

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 10, 2026

Carolyn K. Delaney

JUDGE, U.S. DISTRICT COURT